IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY ZAVALA,

    Petitioner,                                 JUDGMENT IN A CIVIL CASE

v.                                                Case No. 18-cv-295-jdp

GARY BOUGHTON,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying petitioner Jimmy Zavala's motion to vacate his sentence under 28 U.S.C. § 2255.

    /s/                                                     5/1/2018

Peter Oppeneer, Clerk of Court                    Date